IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | Case No. 1:25-cv-1662-RDA |
| ) | |
| FAIRFAX COUNTY SCHOOL BOARD, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF
DEFENDANT'S OFFER OF JUDGMENT UNDER RULE 68**

Plaintiff Jane Doe, by and through undersigned counsel, hereby accepts and provides notice that she has accepted Defendant's Offer of Judgment to Plaintiff dated November 14, 2025, attached hereto as Exhibit A—including the offer of Nominal Damages, costs, and reasonable attorney's fees accrued as of the offer—to resolve her free speech, free exercise, equal protection, due process, and Title IX claims.

Dated: November 28, 2025                                Respectfully Submitted

  /s/   Andrew J. Block
Andrew J. Block (VSB #91537)                            Cortland C. Putbrese (VSB #46419)
Ian D. Prior                                            DUNLAP BENNETT & LUDWIG PLLC
AMERICA FIRST LEGAL FOUNDATION                          6802 Paragon Place, Suite 410
611 Pennsylvania Ave. SE #231                           Richmond, VA 23230
Washington, D.C. 20003                                  (804) 977-2688
(202) 836-7958                                          cputbrese@dbllawyers.com
andrew.block@aflegal.org
ian.prior@aflegal.org
                                                        *Counsel for Jane Doe*

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2025, I electronically filed the foregoing with the Clerk of the Court using the Court's ECF filing system, which sent notification of the filing to all counsel of record.

    */s/    Andrew J. Block*
Andrew J. Block (VSB #91537)
Ian D. Prior
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, D.C. 20003
(202) 836-7658
andrew.block@aflegal.org
ian.prior@aflegal.org

Cortland C. Putbrese (VSB #46419)
DUNLAP BENNETT & LUDWIG PLLC
6802 Paragon Place, Suite 410
Richmond, VA 23230
(804) 977-2688
cputbrese@dbllawyers.com

*Counsel for Jane Doe*