# HUNTON

HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20037-1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

SONA REWARI
DIRECT DIAL: 202 • 955 • 1974
EMAIL: srewari@hunton.com

November 14, 2025

**Via E-mail and First-Class Mail**

Andrew J. Block, Esq.
Ian D. Prior, Esq.
America First Legal Foundation
611 Pennsylvania Ave., SE, #231
Washington, DC 20003
Andrew.block@aflegal.org
Ian.prior@aflegal.org

Cortland C. Putbrese, Esq.
Dunlap Bennett & Ludwig PLLC
6801 Paragon Place, Suite 410
Richmond, VA 23230
cputbrese@dbllawyers.com

**Jane Doe v. Fairfax County School Board**
**Case No. 1:25-cv-1662 (E.D. Va.)**

Dear Messrs. Block, Prior, and Putbrese:

    I attach a Rule 68 Offer of Judgment that would resolve this litigation against the School Board.  The offer does not constitute any admission of wrongdoing.  It is made in good faith for the purpose of resolving the case before either side commits large resources to motions practice and discovery.  Given that the only relief that Plaintiff could obtain in this case is nominal damages, we believe that this offer of judgment far exceeds Plaintiff's maximum potential recovery in this case.  As you know, if Plaintiff ultimately obtains a judgment against the School Board that is less favorable than this Rule 68 offer, she cannot recover any of her attorneys' fees or costs incurred from this point forward, and she will also be liable to pay the School Board its costs.  Under Rule 68, this offer remains open for 14 days.

                                                Very truly yours,

                                                Sona Rewari

Enclosure
cc:  Kevin Elliker, Esq. (via email)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:25-cv-1662 |
| ) | |
| FAIRFAX COUNTY SCHOOL BOARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**OFFER OF JUDGMENT UNDER RULE 68**

Defendant Fairfax County School Board, by counsel and pursuant to Federal Rule of Civil Procedure 68, hereby offers to permit judgment to be entered against it in the amount of $50 (fifty dollars), plus Plaintiff Jane Doe's costs accrued in the captioned case as of the date of this offer, including reasonable attorney's fees associated with Plaintiff's claims under federal law (collectively the "Costs"), on the following terms:

1.  Costs shall be determined by the Court, upon a timely petition by Plaintiff under the Federal Rules of Civil Procedure and federal law, and upon consideration of any objections the School Board may raise to the taxability, appropriateness, and reasonableness of the amounts claimed.

2.  This offer of judgment is not an admission of liability or wrongdoing by the School Board and is inadmissible in any proceeding as evidence of any such admission. This offer is made for the purposes specified in Rule 68. It is not an admission of any of the facts alleged in the complaint.

3.  This offer of judgment, if not accepted, is inadmissible in any proceeding except to determine costs in accordance with Rule 68(b).

4.      This offer of judgment, if accepted, satisfies and discharges all claims made or that could have been made by Plaintiff against the School Board arising out of the facts alleged in the complaint.

5.      In accordance with Rule 68(a), this offer is deemed withdrawn if it is not accepted by Plaintiff within 14 days.

Please be advised that, if this offer is not timely accepted and if any judgment that Plaintiff finally obtains is not more favorable than this offer, then (1) Plaintiff "must pay the costs incurred after the offer was made," Fed. R. Civ. P. 68(d), including the School Board's costs, and (2) Plaintiff is not entitled to recover from the School Board any attorney's fees or litigation expenses incurred after the date of this offer, *Marek v. Chesny*, 473 U.S. 1, 11 (1985).

Dated:  November 14, 2025                          **FAIRFAX COUNTY SCHOOL BOARD**

/s/ *Sona Rewari*
Sona Rewari (VSB No. 47327)
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1974
Facsimile: (703) 918-4018
srewari@hunton.com

Kevin S. Elliker (VSB No. 87498)
**HUNTON ANDREWS KURTH LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA
Telephone: (804) 788-8656
Facsimile: (804) 788-8218
kelliker@hunton.com

*Counsel for Fairfax County School Board*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, a true and accurate copy of this document was served by first class mail and e-mail upon:

Andrew J. Block, Esq.
Ian D. Prior, Esq.
**AMERICA FIRST LEGAL FOUNDATION**
611 Pennsylvania Ave., SE, #231
Washington, D.C. 20003
Andrew.block@aflegal.org
Ian.prior@aflegal.org

Cortland C. Putbrese, Esq.
**DUNLAP BENNETT & LUDWIG PLLC**
6801 Paragon Place, Suite 410
Richmond, VA 23230
cputbrese@dbllawyers.com

*Counsel for Plaintiff Jane Doe*

                                                  */s/ Sona Rewari*
                                                  Sona Rewari